**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Michael Sean Seely, | Civil Action No. 6:16-cv-03743-TLW |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

On May 16, 2018, Plaintiff Michael Sean Seely filed a Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 25. The motion seeks reimbursement for counsel's fees and expenses in the above-captioned matter in the amount of $4,959.25. *Id.* On May 25, 2018, the parties filed a Stipulation for an Award of Attorney's Fees Pursuant to the EAJA, whereby the Commissioner and Plaintiff agreed that the Commissioner shall award Plaintiff $4,650.00 in attorney's fees under the EAJA. ECF No. 27.

After careful review, the Court hereby **ORDERS** that the Stipulation for an Award of Attorney's Fees Pursuant to the EAJA, ECF No. 27, is **APPROVED**, and the Commissioner is to award Plaintiff $4,650.00 in attorney's fees.[1]

**IT IS SO ORDERED**.

s/Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

June 5, 2018
Columbia, South Carolina

---

[1] Although the EAJA fee award should be paid to Plaintiff rather than to his attorney pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 595-96 (2010), the check itself should be mailed directly to the business address of Plaintiff's counsel.